**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NITA ALMUETE PADDIT PALMA,

Defendant - Appellant.

No. 10-50120

D.C. No. 2:08-cr-01486-RGK

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Nita Almuete Paddit Palma appeals from her jury-trial conviction and

42-month sentence for two counts of illegal remunerations, in violation of 42

U.S.C. § 1320a-7b(b)(1)(A).  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Palma's counsel has filed a brief stating there are no grounds for relief,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record.  We have provided Palma with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**